1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8 |            UNITED STATES DISTRICT COURT

9 |        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGNEERS HEALTH AND        Case No.: C08-4520 SI
WELFARE TRUST FUND FOR NORTHERN
12 | CALIFORNIA, et al.,                  **REQUEST FOR ISSUANCE OF
                                          WRIT OF EXECUTION;**
13 |         Plaintiffs,                   **DECLARATION OF MICHELE R.
                                          STFFORD IN SUPPORT THEREOF**
14 | v.

15 | SPILKER ASSOCIATES dba SPILKER, INC.,
A California Corporation; MARK P. SPILKER,
16 | an individual; and MICHELLE SPILKER, an
individual,

17 |         Defendants.

18

19 | TO THE CLERK OF THE COURT:

20 |      I, Michele R. Stafford, declare under penalty of perjury that:

21 |      1.      I am the attorney for the plaintiffs in the above-entitled action.

22 |      2.      On December 23, 2008, within ten years past, and following entry of Judgment by

23 | the Court, a Notice and Acknowledgment and Judgment Pursuant to Stipulation (hereinafter

24 | "Stipulation") was entered in favor of plaintiffs and against defendants in the total amount of

25 | **$55,267.18**, including conditionally waived liquidated damages in the amount of $5,731.05, plus

26 | interest. Attached hereto as *Exhibit A* and incorporated herein by reference is a true and accurate

27 | copy of the Stipulation.  The Stipulation was signed by the Judge, but was not dated.  Attached

28

**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
**Case No.: C08-4520 SI**

1  hereto as *Exhibit B* and incorporated herein by reference is a trust and accurate copy of the case
2  docket, printed from the United States District Court, Northern District of California, website
3  showing at Docket No. 10 entry of Judgment.

4      3.      Pursuant to ¶ 10 of the Stipulation, Mark Philip Spiker, RMO/CEO/President of
5  Spilker Associates dba Spilker, Inc., and Michelle Spilker, both personally guaranteed all amounts
6  due and owing under the Stipulation.

7      4.      Pursuant to ¶ 4(a) of the Stipulation, beginning on December 25, 2008, and
8  continuing on or before the 25th day of each month for a period of 12 months, Defendants Spilker
9  Associates dba Spilker, Inc., and Mark Spilker and Michelle Spilker, individually as personal
10  guarantors, were to make stipulated payments to Plaintiffs in the amount of $3,021.00.

11     5.      Pursuant to ¶ 4 of the Stipulation, conditionally waived liquidated damages of
12  $5,731.05, conditioned upon timely compliance with all of the terms of the Stipulation, become
13  part of the Stipulation upon default by Defendants of any of its terms.

14     6.      Defendants immediately defaulted, having failed to make any of the payments
15  required under the Stipulation.

16     7.      Pursuant to ¶ 4(c) of the Stipulation, interest accrues on the principal balance of
17  **$48,403.53** (see Stipulation, ¶ 3: equals the total 12/07-8/08 contributions plus conditionally
18  waived liquidated damages) at the rate of 12% per annum ("Interest A"). Post-judgment interest
19  accrues at the legal rate of 0.53% ("Interest B") on Balance B (**$6,863.65**). Attached hereto as
20  *Exhibit C* and incorporated herein by reference is a true and accurate copy of the Federal Reserve
21  Statistical Release – Selected Interest Rates page downloaded from the Federal Reserve website,
22  showing that interest rate of 0.53% for the release dated of December 15, 2008, the week prior to
23  entry of Judgment.

24     8.      Thirteen (13) days have elapsed from December 25, 2008, the due date of the first
25  required stipulated payment, to January 6, 2009. Therefore interest of **$206.88**, at the rate of 12%
26  per annum, has accrued through January 6, 2009 on the Balance A; and interest of **$1.30**, at the
27  rate of 0.53% per annum, has accrued through January 6, 2009 on Balance B.

28

2

**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
**Case No.: C08-4520 SI**

9.     Pursuant to ¶ 12(d) of the Stipulation, in the event of default, Plaintiffs are entitled to all additional attorneys' fees and costs. Attorneys' fees through December 4, 2008 are included in the Stipulation. Additional attorneys' fees in the amount of **$761.00** were incurred between December 5, 2008 and January 6, 2009, in Plaintiffs' attempts to satisfy Defendants' default on the Stipulation, and in the preparation of this Writ Request and Writ of Execution.

10.     The total amount now due and owing by Defendants to Plaintiffs is as follows:

|  |  | Writ ¶ # |
|---|---|---|
| Principal Balance | $48,403.53 | 11 |
| Balance B | $6,863.65 | 11 |
| Interest A (12/25/08-1/6/09) | $206.88 | 16 |
| Interest B (12/25/08-1/6/09) | $1.30 | 16 |
| Attorneys Fees (12/5/08-1/6/09) | $761.00 | 12 |
| **TOTAL** | **$56,236.36** |  |

WHEREFORE, it is prayed that a Writ of Execution be promptly issued against Spilker Associates dba Spilker, Inc., Mark Spilker and Michelle Spilker in the amount of **$56,236.36,** plus 12% per annum interest ($15.91 per diem) on the Principal Balance ($48,403.53), and at the legal rate of 0.53% per annum interest ($0.11 per diem) on the other amounts due ($7,832.83), beginning January 7, 2009, until satisfied, and that the Court retain jurisdiction over this matter.

To the best of my knowledge and belief, Defendant Spilker Associates dba Spilker Inc. is a corporation and therefore not an infant or incompetent person, nor in the military service of the United States, and the individual Defendants are not infants or incompetent persons or in the military service of the United States.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: January 6, 2009

SALTZMAN & JOHNSON CORPORATION

Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED

Judge Susan Illston

3

**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
Case No.: C08-4520 SI

# *EXHIBIT A*

1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   OPERATING ENGNEERS HEALTH AND        Case No.: C08-4520 SI
12 WELFARE TRUST FUND FOR NORTHERN
   CALIFORNIA, et al.,                  **NOTICE AND ACKNOWLEDGMENT**
13                                       **and JUDGMENT PURSUANT TO**
              Plaintiffs,                **STIPULATION**
14
   v.
15
   SPILKER ASSOCIATES dba SPILKER, INC.,
16 A California Corporation; MARK P. SPILKER,
   an individual; and MICHELLE SPILKER, an
17 individual,

18            Defendants.

19
20        IT IS HEREBY STIPULATED by and between the parties hereto, that Judgment may be
21 entered in the within action in favor of the plaintiffs BOARDS OF TRUSTEES FOR
22 OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al. (collectively
23 "Plaintiffs" or "Trust Funds") and against Defendants SPILKER ASSOCIATES dba SPILKER,
24 INC., a California Corporation, or successor entities; MARK P. SPILKER, an individual; and
25 MICHELLE SPILKER, an individual, (collectively "Defendants"), as follows:
26        1.    Defendants entered into a valid Collective Bargaining Agreement with the
27 Operating Engineers Local 3 Trust Funds (hereinafter "Bargaining Agreement"). This Bargaining
28 Agreement has continued in full force and effect to the present time.

                                                                              1
                                          JUDGMENT PURSUANT TO STIPULATION
                                          CASE NO.: C08-4520 SI
P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Judgment Pursuant to Stipulation 121608.DOC

2.    Mark Philip Spilker, RMO/CEO/President of Defendant Spilker Associates dba Spilker, Inc., on behalf of all named Defendants, hereby acknowledges that he is authorized to receive service and has received the following documents in this action: Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Conference Order; Standing Order for All Judges of the Northern District of California, Judge Illston's Standing Order; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; ECF Registration Information Handout; and Welcome to the U.S. District Court, San Francisco.

3.    Defendants have become indebted to the Trust Funds as follows:

| December 2007 | Reported contributions | $9,580.80 | |
| | Liquidated Damages | $1,268.24 | |
| | Interest (to 9/08/08) | $68.26 | |
| | | | $10,917.30 |
| January 2008 | Reported contributions | $6,347.28 | |
| | Liquidated Damages | $892.89 | |
| | Interest (to 9/08/08) | $132.68 | |
| | | | $7,372.85 |
| February 2008 | Reported contributions | $7,405.16 | |
| | Liquidated Damages | $1,012.53 | |
| | Interest (to 9/08/08) | $186.51 | |
| | | | $8,604.20 |
| March 2008 | Reported contributions | $10,538.88 | |
| | Liquidated Damages | $1,381.06 | |
| | Interest (to 9/08/08) | $284.25 | |
| | | | $12,204.19 |
| April 2008 | Reported contributions | $8,800.36 | |
| | Liquidated Damages | $1,176.33 | |
| | Interest (to 9/08/08) | $1,080.14 | |
| | | | $11,056.83 |
| **SUB-TOTAL** | | | **$50,155.37** |
| | Attorneys Fees (to 12/4/08) | | **$4,671.00** |
| | Cost of Suit, etc. | | **$440.81** |
| **TOTAL** | | | **$55,267.18** |

2

JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C08-4520 SI

1    4.    Defendants shall *conditionally* pay the amount of **$49,536.13**, representing all
2    above amounts, less liquidated damages in the amount of **$5,731.05** *conditioned upon Trustees*
3    *approval and timely compliance with all of the terms of this Stipulation,* as follows:

4         (a)    On or before December 25, 2008, and no later than the 25th day of each
5    month thereafter for a period of 18 months, through and including March 25, 2009, Defendants
6    shall pay to Plaintiffs the amount of **$3,021.00**. These payments may be made by joint check, to
7    be endorsed prior to submission;

8         (b)    Defendants shall have the right to increase the monthly payments at any
9    time;

10        (c)    Payments shall be applied first to unpaid interest and then to unpaid
11   principal. The unpaid principal balance shall bear interest at the rate of 12% per annum in
12   accordance with Plaintiffs' Trust Agreements.

13        (d)    Payments shall be made payable to the Bay Area Painters and Tapers Trust
14   Funds, and delivered to Michele R. Stafford at Saltzman & Johnson Law Corporation, 44
15   Montgomery Street, Suite 2110, San Francisco, California 94104, **to be received on or before**
16   **the 1st day of each month**, or to such other address as may be specified by Plaintiffs.

17        (e)    At the time that Defendants makes their 17th monthly payment, Defendants
18   may submit a written request for waiver of liquidated damages directed to the Board of Trustees,
19   but sent to Saltzman and Johnson Law Corporation with the 17th payment. Defendants will be
20   advised as to whether or not the waiver has been granted prior to the final payment hereunder.

21   5.    In the event that any check is not timely submitted or submitted by Defendants but
22   fails to clear the bank, or is unable to be negotiated for any reason for which Defendants are
23   responsible, this shall be considered to be a default on the Judgment entered. If this occurs,
24   Plaintiffs shall make a written demand to Defendants to cure said default. Default will only be
25   cured by the issuance of a replacement, **cashier's check**, delivered to Saltzman and Johnson Law
26   Corporation within seven (7) days of the date of the notice from Plaintiffs. If Defendants elect to
27   cure said default, and Plaintiffs elect to accept future payments, all such payments shall be made

28

3

1 by cashier's check. In the event default is not cured, all amounts remaining due hereunder shall be
2 due and payable on demand by Plaintiffs.

3     6.     An audit of Defendants records has occurred in this matter. The audit report has not
4 been completed to date. In the event that amounts are found due on audit, all such amounts will
5 become part of this Judgment. In the event that this occurs, defendants have the right to request
6 that the term of the payment plan be extended until all amounts are paid in full.

7     7.     Beginning with contributions due for hours worked by Defendants' employees
8 during the month of September 2008, to be postmarked no later than October 15, 2008, and for
9 every month thereafter that the Bargaining Agreement remains in effect, Defendants **shall remain**
10 **current in contributions** due to Plaintiffs under the current Collective Bargaining Agreement and
11 under all subsequent Collective Bargaining Agreements, if any, and the Declarations of Trust as
12 amended. **Defendants shall fax a copy of the contribution report for each month, together**
13 **with a copy of that payment check, to Michele R. Stafford at 415-882-9287, prior to sending**
14 **the payment to the Trust Fund office. To the extent that Defendants are working on a Public**
15 **Works job, or any other job for which Certified Payroll Reports are required, copies of said**
16 **Reports will be faxed to Michele R. Stafford concurrently with their submission to the**
17 **general contractor, owner or other reporting agency.**

18     8.     Failure by Defendants to remain current in its contributions shall constitute a
19 default of the obligations under this agreement and the provisions of ¶12 shall apply. Any such
20 unpaid or late paid contributions, together with 15% liquidated damages and 12% per annum
21 interest accrued on the total contributions and liquidated damages, shall be added to and become a
22 part of this Judgment and subject to the terms herein. Plaintiffs reserve all rights available under
23 the applicable Bargaining Agreement and Declarations of Trust of the Trust Funds for collection
24 of current and future contributions, and for any additional past contributions not included herein as
25 may be determined by Plaintiffs, pursuant to employee timecards or paystubs, by audit, or other
26 means, and the provisions of this agreement are in addition thereto. Defendants specifically waive
27 the defense of the doctrine res judicata as to any such additional amounts determined as due.

28

4

P:\CLIENTS\OE3CL\Spiker Associates\Pleadings\Judgment Pursuant to Stipulation 121608.DOC

9.       Defendants shall make full disclosure of all jobs on which they are working by providing Plaintiffs with an ongoing and updated list of jobs including, but not limited to, name and address of job, general contractor, certified payroll if a public works job, and period. **Defendants shall fax said updated list each month together with the contribution report (as required by ¶7 of this Stipulation) to Michele R. Stafford at 415-882-9287.**

10.       Mark Philip Spilker acknowledges that he is the RMO/CEO/President, of Spilker Associates dba Spilker, Inc., and Michelle Spilker acknowledges that she is the spouse of Mark Philip Spilker, and both acknowledge that all successors in interest to Spilker Associates dba Spilker Inc., as well as assigns and affiliated entities, shall be bound by the terms of this Stipulation as Guarantors. All such entities specifically consent to the Court's jurisdiction as well as all other terms herein.

11.       Prior to the last payment pursuant to this Stipulation, Plaintiffs shall advise Defendants, in writing, of the amount of the final lump sum payment and any additional amounts claimed pursuant to the Stipulation, which shall include, but not be limited to, any additional attorneys fees and costs incurred in this matter. Said amount shall be paid with the last payment, on or before September 1, 2009. Plaintiffs shall also advise whether the conditional waiver of liquidated damages have been granted in whole or in part. If liquidated damages remain due, these amounts will be included in the final payment. If Defendants are unable to do so, Defendants will continue to make monthly payments in the amount of $4,165.00 until paid in full.

12.       In the event that Defendants fail to make any payment required under ¶4 above, or fail to remain current in any contributions under ¶7 above, then,

(a)       The entire amount of **$55,267.18** plus interest, reduced by principal payments received by Plaintiffs, but increased by any unpaid contributions then due, plus 15% liquidated damages and 12% per annum interest thereon, shall be immediately due, together with any additional attorneys' fees and costs under section (d) below.

(b)       A writ of execution may be obtained against Defendants without further notice, in the amount of the unpaid balance, plus any additional amounts under the terms herein,

5

1  upon declaration of a duly authorized representative of the Plaintiffs setting forth any payment

2  theretofore made by or on behalf of Defendants and the balance due and owing as of the date of

3  default. Defendants specifically consent to the authority of a Magistrate Judge for all proceedings,

4  including, but not limited to, Plaintiffs' obtaining a writ of execution.

5         (c)    Defendants waive notice of entry of judgment and expressly waive all rights

6  to stay of execution and appeal. The declaration or affidavit of a duly authorized representative of

7  Plaintiffs as to the balance due and owing as of the date of default shall be sufficient to secure the

8  issuance of a writ of execution.

9         (d)    Defendants shall pay all additional costs and attorneys' fees incurred by

10 Plaintiffs in connection with collection and allocation of the amounts owed by Defendants to

11 Plaintiffs under this Stipulation.

12    13.    Any failure on the part of the Plaintiffs to take any action against Defendants as

13 provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed

14 a waiver of any subsequent breach by the Defendants of any provisions herein.

15    14.    In the event of the filing of a bankruptcy petition by any of the Defendants, the

16 parties agree that any payments made by Defendants pursuant to the terms of this judgment, shall

17 be deemed to have been made in the ordinary course of business as provided under 11 U.S.C.

18 Section 547(c)(2) and shall not be claimed by Defendants as a preference under 11 U.S.C. Section

19 547 or otherwise. Defendants nevertheless represent that no bankruptcy filing is anticipated.

20    15.    Should any provision of this Stipulation be declared or determined by any court of

21 competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and

22 enforceability of the remaining parts, terms or provisions shall not be affected thereby and said

23 illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this

24 Stipulation.

25    16.    This Stipulation contains all of the terms agreed by the parties and no other

26 agreements have been made. Any changes to this Stipulation shall be effective only if made in

27 writing and signed by all parties hereto.

28

6

JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C08-4520 SI

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Judgment Pursuant to Stipulation 121608.DOC

17.    This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

18.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Judgment Pursuant to Stipulation 121608.DOC

19. All parties represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, and that they enter into this Stipulation voluntarily.

Dated: December 17, 2008                    SPILKER ASSOCIATES dba SPILKER, INC.


                                            By:    /s/ Mark P. Spilker
                                                   Mark Philip Spilker, RMP/CEO/President

Dated: December 17, 2008


                                            By:    /s/ Mark P. Spilker
                                                   Mark Philip Spilker, Individually

Dated: December 18, 2008


                                            By:    /s/ Michelle Spilker
                                                   Michelle Spilker, Individually

Dated: December 22, 2008                    SALTZMAN & JOHNSON
                                            LAW CORPORATION


                                            By:    /s/ Michele R. Stafford
                                                   Michele R. Stafford
                                                   Attorneys for Plaintiffs


**IT IS SO ORDERED**

Dated: _____, 2008

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C08-4520 SI

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Judgment Pursuant to Stipulation 121608.DOC

# EXHIBIT B

ADRMOP, CLOSED, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-04520-SI

Crosthwaite et al v. Spilker Associate, et al.
Assigned to: Hon. Susan Illston
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 09/26/2008
Date Terminated: 12/23/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Gil Crosthwaite**

represented by **Muriel B. Kaplan**
Saltzman & Johnson Law Corporation
44 Montgomery Street
Suite 2110
San Francisco , CA 94104
415-882-7900
Fax: 415-882-9287
Email: mkaplan@sjlawcorp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
Saltzman and Johnson Law Corporation

44 Montgomery Street
Suite 2110
San Francisco , CA 94104
415-882-7900
Fax: 415-882-9287
Email: mstafford@sjlawcorp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russ Burns**
*in thier respective capacities as*
*Trustees of the Operating Engineers*
*Health and Welfare Trust Fund for*
*Northern California*

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Pension Trust Fund For Operating Engineers** | represented by | **Muriel B. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele R. Stafford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pensioned Operating Engineers Health and Welfare Fund** | represented by | **Muriel B. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele R. Stafford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund** | represented by | **Muriel B. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele R. Stafford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Operating Engineers Vacation And Holiday Plan** | represented by | **Muriel B. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele R. Stafford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Operating Engineers Contract Administration Fund** | represented by | **Muriel B. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele R. Stafford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund**

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Operating Engineers Industry Stabilization Fund**

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Business Development Trust Fund**

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heavy and Highway Committee**

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Operating Engineers Local Union No.3**

represented by **Muriel B. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Stafford**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Spilker Associates**
*a California Corporation*
*doing business as*
Spilker, Inc.

**Defendant**

**Mark P. Spilker**

**Defendant**

**Michelle Spilker**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2008 | 1 | COMPLAINT (Summons issued); against Spilker Associates, Mark P. Spilker, Michelle Spilker ( Filing fee $ 350, receipt number 34611023804.). Filed byPensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers. (ys, COURT STAFF) (Filed on 9/26/2008) (ys, COURT STAFF). (Entered: 09/29/2008) |
| 09/26/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/2/2009. Case Management Conference set for 1/9/2009 02:00 PM. (Attachments: # 1 standing orders and cmc order)(ys, COURT STAFF) (Filed on 9/26/2008) (Entered: 09/29/2008) |
| 09/26/2008 | 3 | Summons Issued as to Spilker Associates, Mark P. Spilker, Michelle Spilker. (ys, COURT STAFF) (Filed on 9/26/2008) (Entered: 09/29/2008) |
| 09/26/2008 | | CASE DESIGNATED for Electronic Filing. (ys, COURT STAFF) (Filed on 9/26/2008) (Entered: 09/29/2008) |
| 11/13/2008 | 4 | SUMMONS Returned Executed by Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers. Spilker Associates served on 11/10/2008, answer due 12/1/2008; Mark P. Spilker served on 11/10/2008, answer due 12/1/2008; Michelle Spilker |

| | | served on 11/10/2008, answer due 12/1/2008. (Stafford, Michele) (Filed on 11/13/2008) (Entered: 11/13/2008) |
|---|---|---|
| 12/02/2008 | 5 | MOTION for Entry of Default as to defendants Spilker Associates dba Spilker, Inc.; Mark P. Spilker, and Michelle Spilker, *DECLARATION OF MICHELE R. STAFFORD* filed by Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers. (Stafford, Michele) (Filed on 12/2/2008) Modified on 12/3/2008 (ys, COURT STAFF). (Entered: 12/02/2008) |
| 12/02/2008 | 6 | CERTIFICATE OF SERVICE by Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers re 5 MOTION for Entry of Default *DECLARATION OF MICHELE R. STAFFORD* (Stafford, Michele) (Filed on 12/2/2008) (Entered: 12/02/2008) |
| 12/04/2008 | 7 | Clerks Notice ENTRY OF DEFAULT as to defendants Spilker Associates dba Spilker,Inc.; Mark P. Spilker, and Michelle Spilker on 12/4/08. (Related documents(s) 5 ) (ys, COURT STAFF) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 8 | CERTIFICATE OF SERVICE by Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers re 7 Clerks Notice of Entry of Default (Stafford, Michele) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/22/2008 | 9 | STIPULATION *NOTICE AND ACKNOWLEDGMENT and JUDGMENT PURSUANT TO STIPULATION* by Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and Participating Employers Pre-Apprenticeship, Apprentice and Journeymen Affirmative Action Training Fund, Operating Engineers Vacation And Holiday Plan, Operating Engineers Contract Administration Fund, Gil Crosthwaite, Operating Engineers Job |

|  |  | Placement Center and Market Area Committee Administration Market Preservation Fund, Operating Engineers Industry Stabilization Fund, Business Development Trust Fund, Heavy and Highway Committee, Operating Engineers Local Union No.3, Russ Burns, Pension Trust Fund For Operating Engineers. (Stafford, Michele) (Filed on 12/22/2008) (Entered: 12/22/2008) |
| --- | --- | --- |
| 12/23/2008 | 10 | JUDGMENT. Signed by Judge Illston on 12/23/08. (ts, COURT STAFF) (Filed on 12/23/2008) (Entered: 12/23/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 12/31/2008 10:39:21 | | |
| **PACER Login:** sj0177 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** 3:08-cv-04520-SI |
| **Billable Pages:** 5 | **Cost:** | 0.40 |

# EXHIBIT C

Federal Reserve Statistical Release

H.15
# Selected Interest Rates

*Release Date: December 15, 2008*
Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release  *Other formats:* Screen reader | ASCII | PDF (17 KB)



```
FEDERAL RESERVE STATISTICAL RELEASE

H.15 (519) SELECTED INTEREST RATES
For use at 2:30 p.m. Eastern Time

Yields in percent per annum          December 15, 2008

                                  2008  2008  2008  2008  2008  Week Ending  2008
                      Instruments  Dec   Dec   Dec   Dec   Dec   Dec    Dec   Nov
                                    8     9    10    11    12    12      5
Federal funds (effective) 1 2 3    0.12  0.13  0.11  0.14  0.15  0.13   0.49  0.39
Commercial Paper 3 4 5 6
  Nonfinancial
    1-month                        0.51  0.28  n.a.  0.28  0.15  0.31   0.45  0.61
    2-month                        0.46  0.43  n.a.  n.a.  n.a.  0.45   0.92  1.28
    3-month                        0.50  n.a.  n.a.  n.a.  n.a.  0.50   1.27  1.45
  Financial
    1-month                        0.55  0.79  0.34  0.41  0.55  0.53   1.25  1.29
    2-month                        n.a.  n.a.  n.a.  n.a.  n.a.  n.a.   1.29  1.50
    3-month                        n.a.  n.a.  n.a.  n.a.  n.a.  n.a.   1.42  1.54
CDs (secondary market) 3 7
    1-month                        1.72  1.55  1.50  1.08  0.97  1.36   1.87  1.63
    3-month                        2.15  2.13  2.03  1.90  1.88  2.02   2.23  2.36
    6-month                        2.55  2.55  2.40  2.37  2.19  2.41   2.64  2.83
Eurodollar deposits (London) 3 8
    1-month                        2.25  2.15  2.20  1.75  1.75  2.02   2.86  2.08
    3-month                        3.00  3.00  3.00  3.00  2.90  2.98   3.00  3.11
    6-month                        3.50  3.60  3.30  3.30  3.20  3.38   3.63  3.82
Bank prime loan 2 3 9              4.00  4.00  4.00  4.00  4.00  4.00   4.00  4.00
Discount window primary credit 2 10 1.25 1.25 1.25  1.25  1.25  1.25   1.25  1.25
U.S. government securities
  Treasury bills (secondary market) 3 4
    4-week                         0.01  0.04  0.00 -0.01  0.03  0.01   0.04  0.09
    3-month                        0.03  0.03  0.00  0.01  0.02  0.02   0.04  0.19
    6-month                        0.28  0.25  0.21  0.22  0.21  0.23   0.34  0.73
    1-year                         0.50  0.46  0.46  0.48  0.47  0.47   0.66  1.04
  Treasury constant maturities
    Nominal 11
      1-month                      0.01  0.04  0.00  0.00  0.03  0.02   0.04  0.09
      3-month                      0.03  0.03  0.00  0.01  0.02  0.02   0.04  0.19
      6-month                      0.28  0.25  0.21  0.22  0.21  0.23   0.34  0.74
      1-year                       0.53  0.49  0.49  0.51  0.50  0.50   0.69  1.07
      2-year                       0.97  0.84  0.86  0.79  0.78  0.85   0.88  1.21
      3-year                       1.27  1.15  1.21  1.11  1.05  1.16   1.11  1.51
      5-year                       1.76  1.61  1.62  1.55  1.55  1.62   1.63  2.29
      7-year                       2.17  2.03  2.05  1.99  1.98  2.04   2.05  2.82
      10-year                      2.77  2.67  2.69  2.64  2.60  2.67   2.66  3.53
      20-year                      3.45  3.35  3.39  3.35  3.36  3.38   3.44  4.27
      30-year                      3.16  3.06  3.09  3.07  3.07  3.09   3.15  4.00
    Inflation indexed 12
      5-year                       2.04  1.94  1.98  1.90  1.93  1.96   1.72  3.69
      7-year                       2.30  2.22  2.26  2.17  2.21  2.23   1.93  3.84
      10-year                      2.47  2.41  2.44  2.35  2.43  2.42   2.20  2.89
      20-year                      2.48  2.45  2.43  2.40  2.44  2.44   2.51  3.00
    Inflation-indexed long-term average 13 2.66 2.59 2.57 2.52 2.55 2.57 2.68 3.09
Interest rate swaps 14
    1-year                         2.04  1.90  1.80  1.70  1.72  1.83   1.97  2.11
    2-year                         2.15  2.05  1.96  1.87  1.86  1.98   2.02  2.30
    3-year                         2.37  2.28  2.22  2.10  2.13  2.22   2.22  2.69
    4-year                         2.55  2.48  2.44  2.32  2.36  2.43   2.43  3.03
    5-year                         2.68  2.62  2.59  2.47  2.52  2.58   2.60  3.30
    7-year                         2.85  2.83  2.81  2.69  2.74  2.78   2.81  3.63
```

|                           |      |      |      |      |      |      |      |      |
|---------------------------|------|------|------|------|------|------|------|------|
| 10-year                   | 2.98 | 2.98 | 2.97 | 2.88 | 2.90 | 2.94 | 2.95 | 3.85 |
| 30-year                   | 2.76 | 2.73 | 2.74 | 2.72 | 2.76 | 2.74 | 2.82 | 3.83 |
| Corporate bonds           |      |      |      |      |      |      |      |      |
| Moody's seasoned          |      |      |      |      |      |      |      |      |
| Aaa 15                    | 5.36 | 5.30 | 5.39 | 5.37 | 5.35 | 5.35 | 5.31 | 6.15 |
| Baa                       | 8.79 | 8.73 | 8.70 | 8.71 | 8.68 | 8.72 | 8.78 | 9.22 |
| State & local bonds 16    |      |      |      | 5.85 |      | 5.85 | 5.58 | 5.23 |
| Conventional mortgages 17 |      |      |      | 5.47 |      | 5.47 | 5.53 | 6.09 |

   n.a. Not available.

---------------------------------------------------------------------------------------------

Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. An average of dealer bid rates on nationally traded certificates of deposit.

8. Bid rates for Eurodollar deposits collected around 9:30 a.m. Eastern time.

9. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

10. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

11. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml. Source: U.S. Treasury.

12. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html.

13. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

14. International Swaps and Derivatives Association (ISDA(R)) mid-market par swap rates. Rates are for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates collected at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX(R)1. ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited.

15. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

16. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quotations.

17. Contract interest rates on commitments for fixed-rate first mortgages. Source: Primary Mortgage Market Survey(R) data provided by Freddie Mac.

--------------------------------------------------------------------------------------------------

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise noted.

--------------------------------------------------------------------------------------------------

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886). For paid electronic access to current and historical data, call STAT-USA at 1-800-782-8872 or 202-482-1986.

--------------------------------------------------------------------------------------------------

                 Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, and 20 years.

--------------------------------------------------------------------------------------------------

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release  Other formats: Screen reader | ASCII | PDF (17 KB)

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
**Last update: December 15, 2008**