Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPILKER ASSOCIATES dba SPILKER, INC., A California Corporation; MARK P. SPILKER, an individual; and MICHELLE SPILKER, an individual, <br><br> Defendants. | Case No.: C08-4520 SI <br><br> **AMENDMENT TO NOTICE AND ACKNOWLEDGMENT** <br> **and JUDGMENT PURSUANT TO STIPULATION** |

This Amendment to the previously filed Notice and Acknowledgement and Judgment Pursuant to Stipulation serves to correct two typographical errors in Paragraph 4(d) of the Stipulation. The Amended Paragraph 4(d) (with the typographical errors in bold) should read as follows:

(d) Payments shall be made payable to the ***Operating Engineers Trust Funds***, and delivered to Michele R. Stafford at Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104, to be <u>received</u> on or before the ***25th day of each month***, or to such other address as may be specified by Plaintiffs.

//

1  All other provisions shall remain the same.

2

3  Dated: January 12, 2009                SALTZMAN & JOHNSON
                                          LAW CORPORATION
4

5                                         By:  __/s/ Michele R. Stafford_____
                                               Michele R. Stafford
6                                              Attorneys for Plaintiffs

7

8  **IT IS SO ORDERED**

9
   Dated: _____, 2009          _____
10                                         UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Amendment to Judgment 011209.DOC

|  |  |
|---|---|
| 1 | PROOF OF SERVICE |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On January 12, 2009, I served the following document(s):

**AMENDMENT TO NOTICE AND ACKNOWLEDGMENT
and JUDGMENT PURSUANT TO STIPULATION**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Spilker Associates dba Spilker, Inc.**  **Mark P. Spilker**
**801 Lancelot Court**  **801 Lancelot Court**
**Danville, CA 94526**  **Danville, CA 94526**

**Michelle Spilker**
**801 Lancelot Court**
**Danville, CA 94526**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of January, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

-1-
**PROOF OF SERVICE**
**Case No.: C08-4520 SI**

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\Amendment to Judgment 011209.DOC