```
 1  Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, California 94104
    (415) 882-7900
 4  (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
 5  mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs

 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C08-4520 SI |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SPILKER ASSOCIATES *dba* SPILKER, INC., MARK P. SPILKER, and MICHELLE SPILKER, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, with prejudice, their claim against Defendants SPILKER ASSOCIATES doing business as SPILKER, INC., MARK P. SPILKER, and MICHELLE SPILKER, including judgment debtor SOLAR FOUNDATION SOLUTIONS, INC.  Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 26th day of June, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed with prejudice.

Date:___7/2/12_____        _____
UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-4520 SI

P:\CLIENTS\OE3CL\Spilker Associates\Pleadings\C08-4520 SI - Notice of Voluntary Dismissal 062612.DOC

PROOF OF SERVICE:

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 26, 2012, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorney for Defendants:*

**Randy O. Wright, Esq.**
**Case, Ibrahim & Clauss, LLP**
**95 So. Market Street, 3rd Floor**
**San Jose, California 945113**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26th day of June, 2012, at San Francisco, California.

_____/s/_____
Qui X. Lu